UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| FRANK GARRISON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 1:22-cv-01895-RLY-TAB |
| | ) | |
| U.S. DEPARTMENT OF EDUCATION, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

**NOTICE OF APPEARANCE**

R. Charlie Merritt, Trial Attorney for the U.S. Department of Justice, Civil Division, Federal Programs Branch, hereby enters his appearance as counsel for the Defendants U.S. Department of Education and Miguel Cardona, in his official capacity as Secretary of Education.

Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

MARCIA BERMAN
Assistant Branch Director

*/s/ R Charlie Merritt*
R. CHARLIE MERRITT
Trial Attorney (VA Bar # 89400)
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW
Washington, DC 20005
(202) 616-8098
robert.c.merritt@usdoj.gov

*Counsel for Defendants*

## CERTIFICATE OF SERVICE

This is to certify that I have served a copy of the foregoing upon the Plaintiff herein by electronically filing a copy through the Court's CM/ECF system, which will automatically serve a copy to all counsel of record on the September 27, 2022.

                                           *s/ R. Charlie Merritt*
                                           R. Charlie Merritt
                                           Trial Attorney