UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| FRANK GARRISON, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 1:22-cv-01895-RLY-TAB ) |
| U.S. DEPARTMENT OF EDUCATION, MIGUEL CARDONA, | ) ) ) ) |
| Defendants. | ) |

**SCHEDULING ORDER**

The court SETS this matter for a telephonic conference on **SEPTEMBER 29, 2022 at 10:30 a.m.** before the Honorable Richard L. Young, Judge. The information needed to participate in this **telephonic** conference will be provided by a separate notification.

**SO ORDERED** this 28th day of September 2022.

_____
RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Distributed Electronically to Registered Counsel of Record