UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| FRANK GARRISON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 1:22-cv-01895-RLY-TAB |
| | ) | |
| U.S. DEPARTMENT OF EDUCATION, | ) | |
| MIGUEL CARDONA, | ) | |
| | ) | |
| Defendants. | ) | |

## SCHEDULING ORDER

Due to a scheduling conflict, the telephonic conference set for September 29, 2022 at 10:30 a.m. **will now begin at 2:30 p.m.** The dialing information provided to counsel will remain unchanged.

**SO ORDERED** this 29th day of September 2022.

_____
RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Distributed Electronically to Registered Counsel of Record

#