UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| FRANK GARRISON, | ) |
|           Plaintiff, | ) |
|           v. | )   No. 1:22-cv-01895-RLY-TAB |
| U.S. DEPARTMENT OF EDUCATION, MIGUEL CARDONA, | ) |
|           Defendants. | ) |

**Entry on Telephonic Status Conference of September 29, 2022**

**Before the Honorable Richard L. Young, Judge**

Parties appeared by telephone; Plaintiff by Caleb Kruckenberg and Michael Poon; Defendants by Robert Merritt for the telephonic conference set this date.

The conference was held and concluded. Any rulings shall issue by separate order.

Distributed Electronically to Registered Counsel of Record