# EXHIBIT A

UNITED STATES
POSTAL SERVICE

October 3, 2022

Dear Kiren Mathews:

The following is in response to your request for proof of delivery on your item with the tracking number: **9402 8092 0212 1089 9659 42**.

| Item Details | |
|---|---|
| **Status:** | Delivered, Individual Picked Up at Postal Facility |
| **Status Date / Time:** | October 3, 2022, 4:56 am |
| **Location:** | WASHINGTON, DC 20530 |
| **Postal Product:** | Priority Mail® |
| **Extra Services:** | Certified Mail™ |
| | Return Receipt Electronic |
| | Up to $100 insurance included |
| **Recipient Name:** | Merrick Garland  Attorney General |

| Shipment Details | |
|---|---|
| **Weight:** | 2lb, 0.0oz |

**Recipient Signature**

Signature of Recipient: *[signature: Eddie L. Anderson]*
Printed Name: EDDIE L. ANDERSON
Address of Recipient: Justice 20530

Note: Scanned image may reflect a different destination address due to Intended Recipient's delivery instructions on file.

Thank you for selecting the United States Postal Service® for your mailing needs. If you require additional assistance, please contact your local Post Office™ or a Postal representative at 1-800-222-1811.

Sincerely,
United States Postal Service®
475 L'Enfant Plaza SW
Washington, D.C. 20260-0004

**UNITED STATES POSTAL SERVICE**

October 3, 2022

Dear Kiren Mathews:

The following is in response to your request for proof of delivery on your item with the tracking number: **9402 8092 0212 1089 9699 88**.

## Item Details

| | |
|---|---|
| Status: | Delivered, Front Desk/Reception/Mail Room |
| Status Date / Time: | September 29, 2022, 2:15 pm |
| Location: | INDIANAPOLIS, IN 46204 |
| Postal Product: | Priority Mail® |
| Extra Services: | Certified Mail™ |
| | Return Receipt Electronic |
| | Up to $100 insurance included |
| Recipient Name: | Zachary Myers  U S  Attorney |

## Shipment Details

| | |
|---|---|
| Weight: | 2lb, 0.0oz |

## Recipient Signature

Signature of Recipient: *Kenear Montgomery*

Address of Recipient: *10 W. Market St*

Note: Scanned image may reflect a different destination address due to Intended Recipient's delivery instructions on file.

Thank you for selecting the United States Postal Service® for your mailing needs. If you require additional assistance, please contact your local Post Office™ or a Postal representative at 1-800-222-1811.

Sincerely,
United States Postal Service®
475 L'Enfant Plaza SW
Washington, D.C. 20260-0004

UNITED STATES
POSTAL SERVICE

October 3, 2022

Dear Kiren Mathews:

The following is in response to your request for proof of delivery on your item with the tracking number: **9402 8092 0212 1624 6418 67**.

| Item Details | |
|---|---|
| Status: | Delivered, Left with Individual |
| Status Date / Time: | October 3, 2022, 8:38 am |
| Location: | WASHINGTON, DC 20202 |
| Postal Product: | Priority Mail® |
| Extra Services: | Certified Mail™ |
|  | Return Receipt Electronic |
|  | Up to $100 insurance included |
| Recipient Name: | U S  Department of Education |
| Shipment Details | |
| Weight: | 2lb, 0.0oz |
| Recipient Signature | |

Signature of Recipient: *C/9 L Hall*

Address of Recipient: *20202*

Note: Scanned image may reflect a different destination address due to Intended Recipient's delivery instructions on file.

Thank you for selecting the United States Postal Service® for your mailing needs. If you require additional assistance, please contact your local Post Office™ or a Postal representative at 1-800-222-1811.

Sincerely,
United States Postal Service®
475 L'Enfant Plaza SW
Washington, D.C. 20260-0004

**UNITED STATES POSTAL SERVICE**

October 3, 2022

Dear Kiren Mathews:

The following is in response to your request for proof of delivery on your item with the tracking number: **9402 8092 0212 1624 6451 93**.

| Item Details | |
|---|---|
| **Status:** | Delivered, Front Desk/Reception/Mail Room |
| **Status Date / Time:** | September 30, 2022, 11:26 am |
| **Location:** | WASHINGTON, DC 20202 |
| **Postal Product:** | Priority Mail® |
| **Extra Services:** | Certified Mail™ |
| | Return Receipt Electronic |
| | Up to $100 insurance included |
| **Recipient Name:** | Miguel Cardona |

| Shipment Details | |
|---|---|
| **Weight:** | 2lb, 0.0oz |

| Recipient Signature | |
|---|---|
| Signature of Recipient: | COVID 19 D+c/mes... |
| Address of Recipient: | Education 20202 |

Note: Scanned image may reflect a different destination address due to Intended Recipient's delivery instructions on file.

Thank you for selecting the United States Postal Service® for your mailing needs. If you require additional assistance, please contact your local Post Office™ or a Postal representative at 1-800-222-1811.

Sincerely,
United States Postal Service®
475 L'Enfant Plaza SW
Washington, D.C. 20260-0004