IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| FRANK GARRISON, *et al.*,<br><br>    Plaintiffs,<br><br>v.<br><br>U.S. DEPARTMENT OF EDUCATION, *et al.*,<br><br>    Defendants. | CIVIL ACTION NO.: 1:22-cv-1895 |

**MOTION FOR PRELIMINARY INJUNCTION**

**Relief requested on or before October 13, 2022**

Plaintiffs respectfully move for a preliminary injunction under Federal Rule of Civil Procedure 65 to enjoin Defendants from implementing their planned cancellation of federal student loans, which appears set to take place on or about October 17, 2022. Plaintiffs' Memorandum in Support of this motion is filed contemporaneously.

Should the Court be unable to rule on this motion on or before October 13, 2022, Plaintiffs respectfully request that the Court grant the contemporaneously filed Motion for Temporary Restraining Order to afford the Court time to consider and rule on the instant motion.

DATED: October 10, 2022

Respectfully submitted,

*/s/ Caleb Kruckenberg*
**CALEB KRUCKENBERG***
Pacific Legal Foundation
3100 Clarendon Blvd, Suite 610
Arlington VA 22201
Telephone: 202-888-6881
incominglit@pacificlegal.org

**MICHAEL POON***
Pacific Legal Foundation
555 Capitol Mall, Suite 1290
Sacramento, California 95814
Telephone: (916) 419-7111
incominglit@pacificlegal.org


*\*Admitted Pro Hac Vice*
*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

The undersigned hereby certify that on October 10, 2022, I electronically filed the foregoing document with the Clerk of the Court via the CM/ECF system, which will cause a copy to be served upon counsel of record.

*/s/ Caleb Kruckenberg*
**CALEB KRUCKENBERG***
Pacific Legal Foundation
3100 Clarendon Blvd, Suite 610
Arlington VA 22201
Telephone: 202-888-6881
incominglit@pacificlegal.org
