IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| FRANK GARRISON, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> U.S. DEPARTMENT OF EDUCATION, *et al.*, <br><br> Defendants. | CIVIL ACTION NO.: 1:22-cv-1895 |

**MOTION FOR TEMPORARY RESTRAINING ORDER**

**Relief requested on or before October 13, 2022**

Plaintiffs respectfully move for a temporary restraining order under Federal Rule of Civil Procedure 65 to enjoin Defendants from implementing their planned cancellation of federal student loans, which appears set to take place on or about October 17, 2022. Plaintiffs rely upon their contemporaneously filed Memorandum in Support of Plaintiffs' Motion for Preliminary Injunction to support the instant motion. *See Long v. Bd. of Educ., Dist. 128*, 167 F. Supp. 2d 988, 990 (N.D. Ill. 2001) ("The standards for issuing temporary restraining orders are identical to the standards for preliminary injunctions.").

Plaintiffs file this motion in case the Court is unable to rule on their contemporaneously filed Motion for Preliminary Injunction on or before October 13.

DATED: October 10, 2022.

          Respectfully submitted,

*/s/ Caleb Kruckenberg*
**CALEB KRUCKENBERG***
Pacific Legal Foundation
3100 Clarendon Blvd, Suite 610
Arlington VA 22201
Telephone: 202-888-6881
incominglit@pacificlegal.org

**MICHAEL POON***
Pacific Legal Foundation
555 Capitol Mall, Suite 1290
Sacramento, California 95814
Telephone: (916) 419-7111
incominglit@pacificlegal.org


*\*Admitted Pro Hac Vice*
*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

The undersigned hereby certify that on October 10, 2022, I electronically filed the foregoing document with the Clerk of the Court via the CM/ECF system, which will cause a copy to be served upon counsel of record.

*/s/ Caleb Kruckenberg*
**CALEB KRUCKENBERG***
Pacific Legal Foundation
3100 Clarendon Blvd, Suite 610
Arlington VA 22201
Telephone: 202-888-6881
incominglit@pacificlegal.org
