UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| FRANK GARRISON and NOEL JOHNSON, | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | 1:22-cv-01895-RLY-TAB |
| U.S. DEPARTMENT OF EDUCATION, *et al.*, | ) ) ) | |
| Defendants. | ) ) | |

**STIPULATED REQUEST TO ENTER BRIEFING SCHEDULE**

On October 10, Plaintiffs filed an amended complaint, ECF No. 23, a motion for a preliminary injunction, ECF No. 25, and a motion for a temporary restraining order, ECF No. 26. They challenge a federal student loan cancellation policy announced by the U.S. Department of Education. As Defendants have stated in a brief in another case, the Department will not discharge any student loan debt pursuant to the policy challenged in this case prior to October 23, 2022. Based on this representation, the parties hereby stipulate and agree to the following schedule for resolving Plaintiffs' motions for a temporary restraining order and for a preliminary injunction:

- Defendants' response in opposition is due Tuesday, October 18, 2022.

- Plaintiffs' reply due is Wednesday, October 19, 2022.

Based on the foregoing, the parties respectfully request that the Court enter the above schedule for resolving Plaintiffs' pending emergency motion.

Dated: October 12, 2022                                      Respectfully submitted,

1

_/s/ Caleb Kruckenberg_
CALEB KRUCKENBERG*
Pacific Legal Foundation
3100 Clarendon Blvd, Suite 610
Arlington VA 22201
Telephone: 202-888-6881
incominglit@pacificlegal.org

MICHAEL POON*
Pacific Legal Foundation
555 Capitol Mall, Suite 1290
Sacramento, California 95814
Telephone: (916) 419-7111
incominglit@pacificlegal.org

*_Pro Hac Vice_
_Attorneys for Plaintiffs_

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

MARCIA BERMAN
Assistant Branch Director

_/s/R. Charlie Merritt_
R. CHARLIE MERRITT
Trial Attorney (VA Bar # 89400)
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW
Washington, DC 20005
(202) 616-8098
robert.c.merritt@usdoj.gov

_Counsel for Defendants_

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on October 12, 2022 I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will automatically serve a copy to all counsel of record.

*<u>/s/ R. Charlie Merritt</u>*
R. Charlie Merritt