UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| FRANK GARRISON and NOEL JOHNSON, | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | 1:22-cv-01895-RLY-TAB |
| U.S. DEPARTMENT OF EDUCATION, *et al.*, | ) ) ) | |
| Defendants. | ) ) | |

> BRIEFING SCHEDULE APPROVED.
>
> Date: 10/13/22
>
> RICHARD L. YOUNG, JUDGE
> United States District Court
> Southern District of Indiana

## STIPULATED REQUEST TO ENTER BRIEFING SCHEDULE

On October 10, Plaintiffs filed an amended complaint, ECF No. 23, a motion for a preliminary injunction, ECF No. 25, and a motion for a temporary restraining order, ECF No. 26. They challenge a federal student loan cancellation policy announced by the U.S. Department of Education. As Defendants have stated in a brief in another case, the Department will not discharge any student loan debt pursuant to the policy challenged in this case prior to October 23, 2022. Based on this representation, the parties hereby stipulate and agree to the following schedule for resolving Plaintiffs' motions for a temporary restraining order and for a preliminary injunction:

- Defendants' response in opposition is due Tuesday, October 18, 2022.
- Plaintiffs' reply due is Wednesday, October 19, 2022.

Based on the foregoing, the parties respectfully request that the Court enter the above schedule for resolving Plaintiffs' pending emergency motion.

Dated: October 12, 2022                                    Respectfully submitted,