UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| FRANK GARRISON, on behalf of himself and all others similarly situated, and NOEL JOHNSON, on behalf of himself and all others similarly situated, | ) ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | No. 1:22-cv-01895-RLY-TAB |
| U.S. DEPARTMENT OF EDUCATION, MIGUEL CARDONA, in his official capacity as U.S. Secretary of Education, | ) ) ) ) | |
| Defendants. | ) ) | |

## FINAL JUDGMENT

In today's Entry, the court dismissed the Plaintiffs amended complaint without prejudice. In doing so, the court resolved all of the claims at issue in the case. Accordingly, the court now enters final judgment in favor of the Defendants and against the Plaintiffs.

**IT IS SO ORDERED** this 21st day of October 2022.

RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Roger A.G. Sharpe, Clerk

BY: _____
Deputy Clerk, U.S. District Court

Distributed Electronically to Registered Counsels of Record.