# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| FRANK GARRISON, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>U.S. DEPARTMENT OF EDUCATION, *et al.*,<br><br>Defendants. | CIVIL ACTION NO.: 1:22-cv-1895 |

## NOTICE OF APPEAL

Plaintiffs Frank Garrison and Noel Johnson, on behalf all those similarly situated, hereby appeal, pursuant to 28 U.S.C. § 1291, to the United States Court of Appeals for the Seventh Circuit from the memorandum and order of the district court, entered on October 21, 2022 (ECF Nos. 36 and 37), dismissing Plaintiffs' Amended Complaint and entering final judgment in favor of Defendants and against Plaintiffs.

DATED: October 21, 2022

Respectfully submitted,

*/s/ Caleb Kruckenberg*
**CALEB KRUCKENBERG***

*/s/ Michael Poon*
**MICHAEL POON***

*\*Pro Hac Vice*
*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I certify that on this day, October 21, 2022, I served copies of the foregoing on counsel of record for all Defendants using the Court's CM/ECF system.

*/s/ Caleb Kruckenberg*
**CALEB KRUCKENBERG**
