# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## NOTICE OF DOCKETING - Short Form

October 24, 2022

**To:**  Roger A. G. Sharpe
        District/Bankruptcy Clerk

The below captioned appeal has been docketed in the United States Court of Appeals for the Seventh Circuit:

> Appellate Case No: 22-2886
>
> Caption:
> FRANK D. GARRISON, IV and NOEL JOHNSON,
>           Plaintiffs - Appellants
>
> v.
>
> UNITED STATES DEPARTMENT OF EDUCATION and MIGUEL
> CARDONA, in his official capacity as U.S. Secretary of Education,
>           Defendants - Appellees
>
> District Court No: 1:22-cv-01895-RLY-TAB
> Clerk/Agency Rep Roger A. G. Sharpe
> District Judge Richard L. Young
>
> Date NOA filed in District Court: 10/21/2022

If you have any questions regarding this appeal, please call this office.

form name: **c7_Docket_Notice_short_form**   (form ID: **188**)