# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

July 6, 2023

*By the Court*:

| No. 22-2886 | FRANK D. GARRISON, IV and NOEL JOHNSON, Plaintiffs - Appellants <br><br> v. <br><br> UNITED STATES DEPARTMENT OF EDUCATION and MIGUEL CARDONA, in his official capacity as U.S. Secretary of Education, Defendants - Appellees |
|---|---|
| **Originating Case Information:** ||
| District Court No: 1:22-cv-01895-RLY-TAB <br> Southern District of Indiana, Indianapolis Division <br> District Judge Richard L. Young ||

Upon consideration of the **NOTICE OF STIPULATED DISMISSAL**, filed on July 5, 2023, by counsel for the appellants,

**IT IS ORDERED** that this case is **DISMISSED**, pursuant to Federal Rule of Appellate Procedure 42(b).

form name: **c7_FinalOrderWMandate**    (form ID: **137**)

CERTIFIED COPY
A True Copy
Teste:

_____
Deputy Clerk
of the United States
Court of Appeals for the
Seventh Circuit

# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## NOTICE OF ISSUANCE OF MANDATE

July 6, 2023

To:   Roger A. G. Sharpe
      UNITED STATES DISTRICT COURT
      Southern District of Indiana
      United States Courthouse
      Indianapolis, IN 46204-0000

| | |
|---|---|
| No. 22-2886 | FRANK D. GARRISON, IV and NOEL JOHNSON, Plaintiffs - Appellants<br><br>v.<br><br>UNITED STATES DEPARTMENT OF EDUCATION and MIGUEL CARDONA, in his official capacity as U.S. Secretary of Education, Defendants - Appellees |
| **Originating Case Information:** ||
| District Court No: 1:22-cv-01895-RLY-TAB<br>Southern District of Indiana, Indianapolis Division<br>District Judge Richard L. Young ||

Herewith is the mandate of this court in this appeal, along with the Bill of Costs, if any. A certified copy of the opinion/order of the court and judgment, if any, and any direction as to costs shall constitute the mandate.

TYPE OF DISMISSAL:                                F.R.A.P. 42(b)

STATUS OF THE RECORD:                             no record to be returned

form name: **c7_Mandate**    (form ID: **135**)